IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01175-MSK-MJW

THOMAS MCCALLISTER,

Plaintiff(s),

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion Compel (docket no. 21) and Defendant's Motion to Compel (docket no. 24) are both DENIED as moot.  The parties have settled this case at the settlement conference conducted by Magistrate Judge Watanabe on November 21, 2011.

Date:  November 21, 2011